IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KENNETH WAYNE FISHER, JR.                                               PLAINTIFF

V.                          CASE NO. 5:16-CV-5073

DEPUTY TERRY DEVORE; CATERING BY
MARLINS, INC. d/b/a CBM MANAGED SERVICES;
DEPUTY FOSTER; and SERGEANT SHARP                                       DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 76) filed in this case on July 26, 2017, by the Honorable Erin L. Wiedemann, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motions for Summary Judgment (Doc. 61 and Doc. 64) are **GRANTED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 23rd day of August, 2017.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE